Atlantic Coast Line Railroad Company, a Corporation, Plaintiff in Error, v. H. Ryals, Defendant in Error.

Filed February 23, 1916.

Writ of Error to Circuit Court, Hillsborough County; F. M. Robles, Judge.

Judgment affirmed.

*Sparkman & Carter,* for Plaintiff in Error;

*H. C. Gordon* and *Victor H. Knight,* for Defendant in Error.

Ingram-Dekle Lumber Company, a Corporation, Plaintiff in Error, v. Hart Lumber Company, a Corporation, Defendant in Error.

Filed March 2, 1916.

Writ of Error to Circuit Court, Hillsborough County; F. M. Robles, Judge.

Judgment affirmed.